**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2102**

———————

GEORGE A. COLE, II,

                                        Plaintiff - Appellant,

        versus

SUNNY MROTEK, Officer, Prince George's County;
PRINCE GEORGE'S COUNTY POLICE DEPARTMENT;
PRINCE GEORGE'S COUNTY, MARYLAND; STATE OF
MARYLAND; PAUL DOUGHERTY,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Andre M. Davis, District Judge.  (CA-01-
2626)

———————

Submitted:  February 13, 2003         Decided:  March 10, 2003

———————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George A. Cole, II, Appellant Pro Se.  Krystal Quinn Alves, OFFICE
OF LAW FOR PRINCE GEORGE'S COUNTY, Upper Marlboro, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George A. Cole, II, appeals the district court's order denying relief in his 42 U.S.C. § 1983 (2000) action. We have reviewed the existing record and find no basis for appellate relief. Graham v. Connor, 490 U.S. 386, 396 (1989); Anderson v. Russell, 247 F.3d 125, 129 (4th Cir.), cert. denied, 534 U.S. 125 (2001). Accordingly, we affirm the district court's order. See Cole v. Mrotek, No. CA-01-2626 (D. Md. Sept. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED